**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan, Esq. (SBN 287811)
*david@tomorrowlaw.com*
Noor Kurdi (SBN 304220)
*noor@tomorrowlaw.com*
Jeffrey Klein (SBN 297296 )
*jeff@tomorrowlaw.com*
8484 Wilshire Blvd, Suite 500
Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, SOHEIL DAVOOD
on behalf of himself and all others similarly situated

## UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISON

| | |
|---|---|
| SOHEIL DAVOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NKSFB, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-2826<br><br>*[Los Angeles County Superior Court Case NO. 22STCV09874]*<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>ACTION FILED:    March 21, 2022<br>TRIAL DATE:      None set |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
(310) 438-5555

799577.1

**IT IS HEREBY STIPULATED** by, between and among Plaintiff Soheil Davood ("Plaintiff"), as an aggrieved employee, and on behalf of all other aggrieved employees; and Defendant NKSFB, LLC, a Delaware limited liability company, ("Defendant"), on the other hand (Defendant and Plaintiff are herein collectively referred to as the "Parties"); by and through their respective counsel of record, as follows:

**WHEREAS,** on or about March 21, 2022, Plaintiff filed a Class Action Complaint, in Los Angeles County Superior Court, Case No. 22STCV09874, against Defendants for violations of The Fair Credit Reporting Act, The California Investigative Consumer Reporting Agencies Act, and The Consumer Reporting Agencies Act (the "Class Action").

**WHEREAS**, on or about April 28, 2022, Defendants removed the Class Action to the U.S. District Court, Western District of California.

**WHEREAS**, on or about May 25, 2022, Plaintiff brought a separate representative action complaint under the California Labor Code Private Attorneys' General Act of 2004 ("PAGA") on behalf of himself and all others aggrieved, against Defendants in Los Angeles County Superior Court, Case No. 22STCV17305 (the "PAGA Action").

**WHEREAS**, Plaintiff expressed an interest to move to remand the Class Action to State Court on the basis that there is no subject matter jurisdiction justifying the Class Action remaining in federal court.

**WHEREAS**, on or about May 31, 2022, the Parties agreed to attend private mediation with Lynn Frank, Esq. on January 26, 2023.

**WHEREAS**, on or about June 1, 2022, the Parties filed a proposed stipulation to stay the Class Action and allow the Parties to attend private mediation without the time and expense of discovery and law and motion practice ahead of mediation.

**WHEREAS**, on or about June 14, 2022, the U.S. District Court denied the proposed stipulation.

/ / /

/ / /

JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

**WHEREAS**, on or about June 22, 2022, the Parties met and conferred telephonically and agreed to dismiss the Class Action, without prejudice, as they prefer to prepare to attend mediation with the benefit of avoiding Court deadlines that could distract from mediation.

**WHEREAS**, the Parties agree to toll any applicable statutes of limitation from the time of dismissal to 60 days after mediation.

**WHEREAS**, whether or not the Class Action is settled at mediation on January 26, 2023, Defendants agree to permit Plaintiff to file a First Amended Complaint in the PAGA Action (the "Consolidated Action"), effectively consolidating the Class Action and the PAGA Action into one by adding the allegations and causes of action in the Class Action into the PAGA Action.

**WHEREAS**, in the Consolidated Action, Plaintiff will remove the allegations of actual injury, expressly disclaim any actual damages, and instead seek only statutory penalties available under the Fair Credit Reporting Act ("FCRA") and any state equivalents.

**WHEREAS**, if the matter is not resolved at mediation and Plaintiff files a Consolidated Complaint consistent with the foregoing, limited FCRA allegations, then Defendant will meet and confer with Plaintiff before considering whether removal would be lawful.

**WHEREAS**, the Parties agree that the statute of limitations of the claims asserted in the Consolidated Action shall be deemed to relate back to March 21, 2022 with Defendant reserving all rights and defenses as to that matter provided that such clams asserted in the Consolidated Action are the claims presently asserted in the PAGA Action and in the Class Action.

**WHEREAS,** Defendant agrees that Defendant is estopped, and hereby waives, any ability to challenge the timeliness of Plaintiff's Consolidated Action allegations by virtue of this dismissal, and expressly agrees that the Consolidated Action claims will relate back to March 21, 2022 (*i.e.*, to the original filing date of the Class Action) for all purposes, provided that such clams asserted in the Consolidated Action are the claims presently asserted in the PAGA Action and in the Class Action.

**WHEREFORE**, based upon the following, the Parties, and each of them, by and through their respective counsel of record, hereby stipulate the following:

1.      Plaintiff promptly will dismiss the Class Action without prejudice;

JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

2.      Plaintiff will be permitted after mediation to file a Consolidated Action consisting of the claims from the Class Action and the PAGA Action;

3.      The allegations in the Consolidated Action shall relate back to the dates of the Class Action original filing in March 21, 2022, provided that such clams asserted in the Consolidated Action are the claims presently asserted in the PAGA Action and in the Class Action.

4.      Any applicable statutes of limitation shall be tolled from time of dismissal to 60 days after mediation;

5.      Defendant is estopped and waives any ability to challenge the timeliness of Plaintiff's Consolidated Action allegations by virtue of this dismissal; and

6.      Defendant reserves all other rights and defenses as to the Consolidated Action.

**IT IS SO STIPULATED.**

Dated: July 18, 2022                    BIBIYAN LAW GROUP, P.C.


                                        BY: _____
                                             NOOR KURDI
                                             DAVID D. BIBIYAN
                                        Attorneys for Plaintiff SOHEIL DAVOOD ,
                                        as an aggrieved employee, and on behalf of
                                        all other aggrieved employees



Dated:  July 17, 2022                   SWERDLOW FLORENCE SANCHEZ SWERDLOW &
                                        WIMMER, A LAW CORPORATION


                                        BY: _____
                                             DAVID A. WIMMER
                                             LORI YANKELEVITS
                                        Attorneys for Defendant NKSFB, LLC

JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE
### Soheil Davood v. NKSFB USDC
### CASE NO. 2:22-cv-2826

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 8484 Wilshire Blvd., Suite 500, Beverly Hills, California 90211.

I certify that on July 20, 2022, I electronically filed the following document(s) described as **JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE,** and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Further, I certify that the foregoing documents were served by electronic transmission to the below referenced electronic e-mail address as follows:

DAVID  A. WIMMER, Esq.
Email: dwimmer@swerdlowlaw.com
LORI  M. YANKEtEVITS
Email: Yankelevits@swerdlowlaw.com
Scott Trimble
Email: strimble@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW &  WIMMER**
A Law  Corporation
9401 Wilshire  Blvd., Suite  828
Beverly Hills,  California 90212
Telephone: (310)  288-3980
Facsimile: (310) 733-1727

Attorneys for  Defendants NKSFB, LLC

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 19, 2022, at Beverly Hills, California.

BIBIYAN LAW GROUP
A Professional Corporation.
8484 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
www.tomorrowlaw.com

PROOF OF SERVICE

/s/ Bryant Gamez
Bryant Gamez

PLAINTIFF'S REQUESTS FOR ADMISSION SET ONE TO DEFENDANT ADVANCED BUILDING MAINTENANCE INC.